**AND NOW,** this 26th day of October, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED.**

---

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Zach G. SHIMP, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 29, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 29th day of October, 2012, the Application for Leave to File a Petition for Writ of Habeas Corpus and

the Petition for Allowance of Appeal are **DENIED.**